AUSA Patrick M. Otlewski (312) 469-6405

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



15 CR 117

| UNITED STATES OF AMERICA | Case No.: 15 117 |
|---|---|
| v. | |
| JOSE OSORIO-MARTIN | Magistrate Judge Young B. Kim |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, ALBERTO GALARZA, personally appearing before United States Magistrate Judge Young B. Kim and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that JOSE OSORIO-MARTIN has been charged with a violation of supervised release in the District of Arizona.

A copy of the arrest warrant is attached.

ALBERTO GALARZA
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 6th day of March, 2015.

FILED
MAR 0 6 2015 DC
MAR 06 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

YOUNG B. KIM
United States Magistrate Judge